EXHIBIT "A"
TO SCHEDULE A/B

# Overview of Contents of My House

**Room 1: My Bedroom**





**Room 2: Max's Room**



**Room 3: Theo's Room**





**Room 4: Luca/Izzy's Room**





**Room 5: Entry way**



**Room 6: Living Room**





**Room 7: Game Room**



**Room 8: Kitchen**





**Room 9 Laundry room**



**Room 10: Office**



