Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| PAUL ELIO, | ) Case No. 2:23-bk-00872-MCW |
| Debtor. | ) **CERTIFICATE OF SERVICE AND NO OBJECTIONS** |

The chapter 7 trustee, Jill H. Ford ("Trustee"), through her attorneys, Witthoft Derksen, P.C., filed the *Trustee's Motion: (1) To Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019; and (2) For Payment of Undisputed Exemption Claim* ("Motion") and the *Notice of Trustee's Motion: (1) To Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019; and (2) For Payment of Undisputed Exemption Claim* ("Notice") on May 23, 2023 at Docket Nos. 20 and 21, respectively. Notice was sent to all parties-in-interest on May 23, 2023 as evidenced by the Certificate of Mailing on file with this Court at Docket No. 22. The Notice indicated that any party-in-interest objecting to the Motion must file an objection with the Court within 21 days of said Notice. The time to object has now expired since the mailing of the notice. No objections have been filed with the Court. A copy of the pertinent portion of the Court's docket dated July 12, 2023 for this case is attached hereto. Based on the foregoing, the undersigned, on behalf of the Trustee, respectfully requests that this Court enter its Order approving the Motion. A form of order is lodged concurrently herewith.

DATED July 12, 2023.      **WITTHOFT DERKSEN, P.C.**

By: /s/ Patrick T. Derksen      #023178
Patrick T. Derksen
Attorneys for Jill H. Ford, Trustee

| | |
|---|---|
| 1 | COPIES of the foregoing were served July 12, 2023 via the Court's CM/ECF Notification System on all parties that requested notice in this case; and |
| 2 | COPIES were *e-mailed/mailed to the following parties: |
| 3 | *Larry Watson |
| 4 | United States Trustee<br>230 North First Avenue, Suite 204 |
| 5 | Phoenix, Arizona 85003-1706<br>Larry.Watson@usdoj.gov |
| 6 | *Jill H. Ford |
| 7 | P.O. Box 5845<br>Carefree, Arizona 85377 |
| 8 | Chapter 7 Trustee<br>jford@trustee.phxcoxmail.com |
| 9 | Paul Elio |
| 10 | 102 West El Caminito Drive<br>Phoenix, AZ 85021 |
| 11 | Debtor |
| 12 | *Allan NewDelman<br>Allan D. NewDelman PC |
| 13 | 80 E. Columbus Ave.<br>Phoenix, AZ 85012 |
| 14 | anewdelman@adnlaw.net<br>Attorneys for Debtor |
| 15 | *Lawrence D. Hirsch |
| 16 | Parker Schwartz, PLLC<br>7310 N. 16th Street, Suite 330 |
| 17 | Phoenix, Arizona 85020<br>lhirsch@psazlaw.com |
| 18 | Attorneys for Franks Cool Houser & McVey PC |
| 19 | Farmers Insurance Total Loss COE<br>P.O. Box 108815 |
| 20 | Oklahoma City, OK 73101-8815 |
| 21 | *Farmers Insurance Company Of Arizona<br>Attn: Bryan Downs |
| 22 | myclaim@farmersinsurance.com |
| 23 | |
| 24 | /s/ Gabrielle Leckbee |
| 25 | |
| 26 | |

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
### Bankruptcy Petition #: 2:23-bk-00872-MCW

*Date filed:* 02/14/2023
*Debtor discharged:* 05/30/2023
*341 meeting:* 03/21/2023
*Deadline for objecting to discharge:* 05/22/2023

*Assigned to:* Judge Madeleine C. Wanslee
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

**Debtor**
**PAUL ELIO**
102 WEST EL CAMINITO DRIVE
PHOENIX, AZ 85021
MARICOPA-AZ
SSN / ITIN: xxx-xx-5547
*aka* **PAUL ALBERT ELIO**

represented by **ALLAN 2 NEWDELMAN**
ALLAN D NEWDELMAN PC
80 E COLUMBUS AVE
PHOENIX, AZ 85012
602-264-4550
Fax : 602-277-0144
Email: anewdelman@adnlaw.net

**Trustee**
**JILL H. FORD**
PO BOX 5845
CAREFREE, AZ 85377
480-575-8250

represented by **PATRICK T. DERKSEN**
WITTHOFT DERKSEN, PC
3550 N. CENTRAL AVENUE
SUITE 1006
PHOENIX, AZ 85012
602-680-7332
Fax : 602-357-7476
Email: pderksen@wdlawpc.com

**U.S. Trustee**
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 04/20/2023 | [19](#) (4 pgs) | Trustee Objection to Exempt Property *Trustees Objection to Debtors Claimed Exemptions* filed by PATRICK T. DERKSEN of WITTHOFT DERKSEN, PC on behalf of JILL H. FORD. (DERKSEN, PATRICK) (Entered: 04/20/2023) |
| 05/23/2023 | [20](#) (25 pgs) | Motion to Approve Compromise/Settlement *Trustees Motion: (1) To Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019; and (2) For Payment of Undisputed Exemption Claim* filed by PATRICK T. DERKSEN of WITTHOFT DERKSEN, PC on behalf of JILL H. FORD. (DERKSEN, PATRICK) (Entered: 05/23/2023) |

| | | |
|---|---|---|
| 05/23/2023 | [21](#) (5 pgs) | Notice of Bar Date *Notice of Trustees Motion: (1) To Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019; and (2) For Payment of Undisputed Exemption Claim* filed by PATRICK T. DERKSEN of WITTHOFT DERKSEN, PC on behalf of JILL H. FORD (related document(s)20 Motion to Approve Compromise/Settlement).(DERKSEN, PATRICK) (Entered: 05/23/2023) |
| 05/23/2023 | [22](#) (5 pgs) | Certificate of Mailing filed by PATRICK T. DERKSEN of WITTHOFT DERKSEN, PC on behalf of JILL H. FORD. (related document(s)20 Motion to Approve Compromise/Settlement, 21 Notice of Bar Date) (DERKSEN, PATRICK) (Entered: 05/23/2023) |
| 05/26/2023 | [23](#) (5 pgs; 2 docs) | Notice Regarding Required Personal Financial Management Course (admin) (Entered: 05/26/2023) |
| 05/26/2023 | [24](#) (1 pg) | Financial Management Course Certificate filed by ALLAN 2 NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of PAUL ELIO. (NEWDELMAN, ALLAN) (Entered: 05/26/2023) |
| 05/26/2023 | [25](#) (6 pgs) | BNC Certificate of Notice (related document(s)23 Notice Regarding Required Personal Financial Management Course) (Admin.) (Entered: 05/28/2023) |
| 05/30/2023 | [26](#) (3 pgs; 2 docs) | Chapter 7 Discharge. (Admin.) (Entered: 05/30/2023) |
| 05/30/2023 | [27](#) (4 pgs) | BNC Certificate of Notice - Discharge of Debtor (related document(s)26 BNC Form Request--Chapter 7 Discharge) (Admin.) (Entered: 06/01/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/12/2023 14:21:29 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-bk-00872-MCW Fil or Ent: filed From: 4/13/2023 To: 7/12/2023 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |