

*Madeleine C. Wanslee*

**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| PAUL ELIO, | ) ) ) | Case No. 2:23-bk-00872-MCW |
| Debtor. | ) ) ) ) ) ) ) ) ) | **ORDER APPROVING TRUSTEE'S MOTION: (1) TO APPROVE SETTLEMENT, PURSUANT TO FED. R. BANKR. P. 9019; AND (2) FOR PAYMENT OF UNDISPUTED EXEMPTION CLAIM** |

This matter having come before the Court on the *Trustee's Motion: (1) To Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019; and (2) For Payment of Undisputed Exemption Claim* ("Motion")[1] filed by the Chapter 7 trustee, Jill H. Ford ("Trustee"), through her attorneys, Witthoft Derksen, P.C., on May 23, 2023 at Docket No. 20, a copy of which is attached as **Exhibit A**; the Motion having been properly noticed as evidenced by the *Certificate of Mailing* on file with the Court at Docket No. 22; there having been no objection to the Motion filed with the Court; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A.　　In satisfaction of any and all claims of Paul Elio ("Debtor") and/or the bankruptcy estate arising out of or relating to the Claim, Farmers Insurance Company ("Farmers") shall pay the amount of $33,157.77 (the "Settlement Amount") to the Trustee. The Settlement Amount

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

shall be paid within thirty (30) days after the entry of this Order. The Settlement Amount shall be paid in the form of a check in good funds made payable to "Jill H. Ford, Trustee" and delivered to the Trustee's office located at P.O. Box 5845 Carefree, Arizona 85377 on or before the date due.

B.  To address the Debtor's claimed exemption in the 2020 Chrysler: (a) the bankruptcy estate shall pay the Undisputed Exemption Amount ($6,000.00) to Debtor from the Settlement Amount; and (b) the Disputed Exemption Amount ($9,000.00) shall be held in the Trustee's trust account, subject to any exemption rights which Debtor may have therein, pending further order of the Bankruptcy Court.

C.  Upon receipt of the Settlement Amount, the Trustee is authorized to:

   a. Pay the Undisputed Exemption Amount ($6,000.00) to Debtor;
   b. The Disputed Exemption Amount ($9,000.00) shall be held in the Trustee's trust account, subject to any exemption rights which Debtor may have therein, pending further order of the Bankruptcy Court; and
   c. The remaining balance ($18,157.77) of the Settlement Amount shall be retained by the estate, as unencumbered property of the bankruptcy estate, pursuant to 11 U.S.C. § 541.

D.  The Settlement Amount is unencumbered property of the bankruptcy estate, pursuant to 11 U.S.C. § 541, free and clear of all liens, claims and interests, except for the amounts to be paid for the Undisputed Exemption Amount ($6,000.00) to be paid to Debtor and the Disputed Exemption Amount ($9,000.00) as set forth above.

E.  Upon the full and timely payment of the entire Settlement Amount and once this Order becomes final and non-appealable, the Trustee shall be authorized to execute any documents and take such further actions reasonably necessary to effectuate the settlement contemplated by the Motion. However, under no circumstances shall any document executed by the Trustee to effectuate the settlement contemplated by the Motion be deemed to expand or

increase the level of liability of the Trustee, the Debtor and/or this bankruptcy estate above that level set forth in the Motion, this Order, the Bankruptcy Code, and the Bankruptcy Rules. Without limiting the generality of the foregoing, nothing in any such documentation executed by the Trustee (including any release form requested by Farmers or any other party) shall be effective to cause or create (a) any indemnification obligation on behalf of the Trustee or this bankruptcy estate, or (b) any reimbursement or other payment obligation on behalf of this bankruptcy estate, except pursuant to an allowed claim against this bankruptcy estate or as directed pursuant to an order of the Bankruptcy Court.

F.      Except as set forth herein, the Trustee releases Farmers from any and all claims the Debtor and/or the bankruptcy estate may now have, or ever have had, whether known or unknown, in law or equity, arising out of state or federal law, arising out of or relating to the Claim.

G.      The Motion is approved.

**DATED AND SIGNED ABOVE.**

# Exhibit A

Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PAUL ELIO, | ) Case No. 2:23-bk-00872-MCW |
| | ) |
| | ) **TRUSTEE'S MOTION:** |
| Debtor. | ) |
| | ) **(1) TO APPROVE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019; AND** |
| | ) **(2) FOR PAYMENT OF UNDISPUTED EXEMPTION CLAIM** |
| | ) |
| | ) |

The chapter 7 trustee, Jill H. Ford ("Trustee"), through her attorneys, Witthoft Derksen, P.C., submits this Motion ("Motion") (1) to approve the settlement of the estate's claims against Farmers Insurance Company ("Farmers"), pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, and (2) for authorization to pay the undisputed amount of Debtor's claimed vehicle exemption in the amount set forth below. This Motion is supported by the following Memorandum of Points and Authorities, the attached Exhibit and the entire record before the Court, all of which are incorporated herein by this reference.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**BACKGROUND**

1. Paul Elio ("Debtor") filed a voluntary Chapter 7 bankruptcy petition on February 14, 2023 ("Petition Date").

2. Ms. Ford is the chapter 7 trustee of Debtor's bankruptcy estate.

3. As of the Petition Date, Debtor owned a 2020 Chrysler Pacifica, VIN 2C4RC1N79LR288198 (the "2020 Chrysler") which is listed as property of the estate in Debtor's Schedule A/B, Item 3.1 with an asserted value of $39,000.00. *See*, Docket No. 1 at p. 11.

4. Debtor claims an exemption in the 2020 Chrysler in the amount of $15,000.00 under A.R.S. § 33-1125(8). *See*, Docket No. 1 at p. 16.

5. According to Debtor's Schedule D, the 2020 Chrysler is not subject to any secured debt. *See*, Docket No. 1 at pp. 18-19.

6. The Trustee filed the *Trustee's Objection to Debtor's Claimed Exemptions* on April 20, 2023 at Docket No. 19 (the "Objection") objecting to, among other things, the amount of the claimed exemption in the 2020 Chrysler.

7. Of the $15,000.00 claimed exemption in the 2020 Chrysler, $6,000.00 (the "Undisputed Exemption Amount") is undisputed and $9,000.00 (the "Disputed Exemption Amount") is disputed pursuant to the Objection.

8. On or about February 28, 2023, the 2020 Chrysler was involved in an accident. Debtor has asserted a claim against Farmers for damages to the 2020 Chrysler arising out of or relating to such accident, Claim Number 7005855075-1-1 (the "Claim").

9. Because the Claim relates to estate property (the 2020 Chrysler), the Claim is property of the bankruptcy estate, pursuant to 11 U.S.C. § 541, subject to Debtor's exemption rights. See, *Sierra Switchboard Co. v. Westinghouse Electric Corp.* 789 F.2d 705, 707 (9th Cir. 1986).

10. Farmers has determined the 2020 Chrysler to be a total loss and has offered $33,157.77 for the 2020 Chrysler in full and final settlement of the Claim. *See*, Offer and Market Valuation Report attached hereto as **Exhibit A** and incorporated herein by this reference.

11. The Trustee wishes to accept the settlement offer from Farmers under the terms set forth below. The Trustee also seeks authority to execute any documents and take such further actions reasonably necessary to effectuate the settlement contemplated by this Motion. However, under no circumstances shall any document executed by the Trustee to effectuate the settlement contemplated by this Motion be deemed to expand or increase the level of liability of the Trustee, the Debtor and/or this bankruptcy estate above that level set forth in this Motion, the Order approving this Motion, the Bankruptcy Code, and Bankruptcy Rules. Without limiting the generality of the foregoing, nothing in any such documentation executed by the Trustee (including any release form requested by Farmers or any other party) shall be effective to cause or create (a) any indemnification obligation on behalf of the Trustee or this bankruptcy estate, or (b) any reimbursement or other payment obligation on behalf of this bankruptcy estate, except pursuant to an allowed claim against this bankruptcy estate or as directed pursuant to an order of the Bankruptcy Court.

**TERMS OF SETTLEMENT AND DISTRIBUTIONS**

12. In satisfaction of any and all claims of the Debtor and/or the bankruptcy estate arising out of or relating to the Claim, Farmers shall pay the amount of $33,157.77 (the "Settlement Amount") to the Trustee. The Settlement Amount shall be paid within thirty (30) days after the entry of the Bankruptcy Court's Order approving the settlement set forth in this Motion. The Settlement Amount shall be paid in the form of a check in good funds made payable to "Jill H. Ford, Trustee" and delivered to the Trustee's office located at P.O. Box 5845 Carefree, Arizona 85377 on or before the date due.

13. To address the Debtor's claimed exemption in the 2020 Chrysler: (a) the bankruptcy estate shall pay the Undisputed Exemption Amount ($6,000.00) to Debtor from the Settlement Amount; and (b) the Disputed Exemption Amount shall be held in the Trustee's trust account, subject to any exemption rights which Debtor may have therein, pending further order of the Bankruptcy Court.

14. Upon receipt of the Settlement Amount, the Trustee is authorized to:

    a. Pay the Undisputed Exemption Amount ($6,000.00) to Debtor;

    b. The Disputed Exemption Amount ($9,000.00) shall be held in the Trustee's trust account, subject to any exemption rights which Debtor may have therein, pending further order of the Bankruptcy Court;

    c. The remaining balance ($18,157.77) of the Settlement Amount shall be retained by the estate, as unencumbered property of the bankruptcy estate, pursuant to 11 U.S.C. § 541.

15. Upon the entry of the Bankruptcy Court's Order approving this Motion, the Settlement Amount shall be deemed unencumbered property of the bankruptcy estate, pursuant to 11 U.S.C. § 541, free and clear of all liens, claims and interests, except for the amounts to be paid for the Undisputed Exemption Amount ($6,000.00) to be paid to Debtor and the Disputed Exemption Amount ($9,000.00) as set forth above.

16. Upon the full and timely payment of the entire Settlement Amount and the entry of the Bankruptcy Court's final, non-appealable Order approving this Motion the Trustee shall be authorized to execute any documents and take such further actions reasonably necessary to effectuate the settlement contemplated by this Motion. However, under no circumstances shall any document executed by the Trustee to effectuate the settlement contemplated by this Motion be deemed to expand or increase the level of liability of the Trustee, the Debtor and/or this bankruptcy estate above that level set forth in this Motion, the Order approving this Motion, the Bankruptcy Code, and Bankruptcy Rules. Without limiting the generality of the foregoing, nothing in any such documentation executed by the Trustee (including any release form requested by Farmers or any other party) shall be effective to cause or create (a) any indemnification obligation on behalf of the Trustee or this bankruptcy estate, or (b) any reimbursement or other payment obligation on behalf of this bankruptcy estate, except pursuant

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document      Page 4 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document      Page 8 of 29

to an allowed claim against this bankruptcy estate or as directed pursuant to an order of the Bankruptcy Court.

17. Except as set forth herein, the Trustee releases Farmers from any and all claims the Debtor and/or the bankruptcy estate may now have, or ever have had, whether known or unknown, in law or equity, arising out of state or federal law, arising out of or relating to the Claim.

18. The settlement set forth in this Motion is subject to Bankruptcy Court approval, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## LEGAL ANALYSIS

19. Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides that, after notice and a hearing, the court may approve a compromise or settlement.

20. In evaluating a compromise or settlement, the Ninth Circuit requires that this Court consider the following: (a) the probability of success in the pending litigation; (b) difficulties of collection; (c) the complexity of the litigation; (d) the expense, inconvenience and delay of the litigation; and (e) the best interests of creditors. *In re Woodson*, 839 F.2d 610, 620 (9th Cir. 1988). See also *In re Schmitt*, 215 B.R. 417, 420 (9th Cir. B.A.P. 1997) (the bankruptcy court's decision to approve a settlement should not be overturned as an abuse of discretion unless it leads to a result that is "neither in the best interests of the estate nor fair and equitable for the creditors."); and *In re America West Airlines, Inc.*, 214 B.R. 382, 386 (Bankr.D.Ariz. 1997) ("the law favors compromise").

21. In light of the *Woodson* factors, the Trustee believes that the settlement as set forth in this Motion is in the best interests of the estate. The Settlement Amount is supported by Market Valuation Report in Exhibit A attached hereto and incorporated herein by this reference. While the Settlement Amount is lower than the value listed in Debtor's Schedules and on the low end of a KBB estimated obtained by the Trustee, after considering the time, cost and uncertainty that would have been incurred in selling the 2020 Chrysler through auction (which is

no longer possible), the Settlement Amount provides a comparable recovery for the estate. Moreover, it is unlikely that disputing the offer from Farmers would result in a meaningful additional net recovery for the estate after considering the time and cost that it would necessarily entail. As a result, the Trustee believes that the settlement as set forth in this Motion is in the best interests of the estate, because it will bring $33,157.77 into the estate without further costs of litigation or collection to the estate, thereby maximizing the return to the estate and its creditors.

### TIME TO RESPOND TO THIS MOTION

22. Pursuant to Local Bankruptcy Rule 9013-1, the Trustee requests that the Court utilize a "negative notice" procedure in which interested parties have a twenty-one (21) day period to file objections to this Motion. If no objections are filed, the Trustee would then be authorized to lodge an order approving this Motion. If an objection is filed, the Trustee will request a hearing be held before the Court.

### CONCLUSION

WHEREFORE, based upon the foregoing, the Trustee respectfully requests this Court enter its Order approving this Motion upon utilization of a "negative notice" procedure in which interested parties have a twenty-one (21) day period to file objections.

Respectfully submitted.

**WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen          #023178
    Patrick T. Derksen
    Attorneys for Chapter 7 Trustee, Jill H. Ford

COPIES of the foregoing were served May 23, 2023 via the Court's CM/ECF Notification System on all parties that requested notice in this case; and COPIES were *e-mailed/mailed to the following parties:

*Larry Watson
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*Jill H. Ford
P.O. Box 5845
Carefree, Arizona 85377
Chapter 7 Trustee
jford@trustee.phxcoxmail.com

Paul Elio
102 West El Caminito Drive
Phoenix, AZ 85021
Debtor

*Allan NewDelman
Allan D. NewDelman PC
80 E. Columbus Ave.
Phoenix, AZ 85012
anewdelman@adnlaw.net
Attorneys for Debtor

*Lawrence D. Hirsch
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
lhirsch@psazlaw.com
Attorneys for Franks Cool Houser & McVey PC

Farmers Insurance Total Loss COE
P.O. Box 108815
Oklahoma City, OK 73101-8815

*Farmers Insurance Company Of Arizona
Attn: Bryan Downs
myclaim@farmersinsurance.com

/s/ Patrick Derksen

# Exhibit A



FARMERS
INSURANCE

Send all correspondence to:
Email: myclaim@farmersinsurance.com
Please include your claim# on any correspondence
Farmers Insurance Total Loss COE
P.O. Box 108815
Oklahoma City, OK 73101-8815
Fax: (877) 217-1389

March 29, 2023

Paul Elio
102 W El Caminito Dr
Phoenix AZ 85021-5557

RE:    Claim Number:      7005855075-1-1
        Loss Date:         02-28-2023
        VIN:            2C4RC1N79LR288198
        Vehicle:         2020 Chrysler Pacifica

Dear Paul Elio:

Your vehicle has been determined to be a total loss. The value of the vehicle was based on the vehicle's actual cash value at the time of the loss. We evaluated your vehicle using CCC. The vehicle's mileage, equipment, and condition are taken into account when determining the actual cash value. The settlement amount was determined as follows:

| | | |
|---|---|---:|
| Actual Cash Value: | | $32,869.00 |
| Sales Tax: | + | $2,763.02 |
| License / Transfer Fees: | + | $25.75 |
| Less Deductible: | - | $2,500.00 |
| **Total Amount:** | | $33,157.77 |

Please use the enclosed pre paid shipping label to return your title and lien release (if applicable) for the above referenced vehicle. You can call 1-800-GO FEDEX to have it picked up at no cost to you.

I am committed to earning your satisfaction with the claims process. If you have any questions or concerns regarding your total loss, please feel free to contact me at 480-375-2274.

Sincerely,
Bryan Downs
Claims Representative
Farmers Insurance Company Of Arizona

Enclosure(s): XLP - INST - AZ, TLP - TRUE CAR FLYER   Return Shipping Label

# CCC ONE. MARKET VALUATION REPORT

*Prepared for FARMERS INSURANCE COMPANY OF ARIZONA*

 REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Elio, Paul |
| | 102 W El Camino Dr |
| | Phoenix, AZ 85021 |
| Loss Vehicle | 2020 Chrysler Pacifica Hybrid Red S FWD |
| Loss Incident Date | 02/28/2023 |
| Claim Reported | 03/28/2023 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 112298530 |
| Claim Reference | 7005855075-1_I742236 |
| Adjuster | Downs, Bryan |
| Odometer | 60,000 |
| Last Updated | 03/28/2023 12:19 PM |

## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 32,869.00** |
| **Adjusted Vehicle Value** | **$ 32,869.00** |
| Vehicular Tax (8.4062%) | + $ 2,763.02 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Total** | **$ 35,632.02** |

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by FARMERS INSURANCE COMPANY OF ARIZONA.

Loss vehicle has 18% greater than average mileage of 50,800.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report

Valuation Methodology...........................2
Vehicle Information....................................3
Vehicle Condition......................................7
Comparable Vehicles..............................8
Valuation Notes........................................11
Supplemental Information.......................12

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document    Page 10 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document    Page 14 of 29

# VALUATION METHODOLOGY

**How was the valuation determined?**



### CLAIM INSPECTION

FARMERS INSURANCE COMPANY OF ARIZONA has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

Case 2:23-bk-00872-MCW   Doc 20   Filed 05/23/23   Entered 05/23/23 11:39:41   Desc
Main Document   Page 11 of 25

Case 2:23-bk-00872-MCW   Doc 30   Filed 07/14/23   Entered 07/17/23 07:50:51   Desc
Main Document   Page 15 of 29



# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | PHOENIX, AZ 85021 |
| VIN | 2C4RC1N79LR288198 |
| Year | 2020 |
| Make | Chrysler |
| Model | Pacifica |
| Trim | Hybrid Red S |
| Body Style | FWD |
| Body Type | Van |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.6L |
| Fuel Type | Hybrid |
| Carburation | Sequential MPI |
| Transmission | Automatic Transmission |
| Curb Weight | 4987 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document    Page 12 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document    Page 16 of 29



# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Package 1:** | Harman Kardon | |
| **Odometer** | 60,000 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Liftgate | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Intermittent Wipers | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Console/Storage | ✓ |
| | Keyless Entry | ✓ |
| | Message Center | ✓ |
| | Telescopic Wheel | ✓ |
| | Heated Steering Wheel | ✓ |
| | Climate Control | ✓ |
| | Overhead Console | ✓ |
| | Dual Air Conditioning | ✓ |
| | Memory Package | ✓ |
| | Navigation System | ✓ |
| | Remote Starter | ✓ |
| | Dual Screen Entertainment | ✓ |
| | Home Link | ✓ |
| **Seating** | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| | Leather Seats | ✓ |

To the left is the equipment of the loss vehicle that FARMERS INSURANCE COMPANY OF ARIZONA provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📋 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Heated Seats | ✔ |
| | Retractable Seats | ✔ |
| | Power Third Seat | ✔ |
| | Ventilated Seats | ✔ |
| **Radio** | AM Radio | ✔ |
| | FM Radio | ✔ |
| | Stereo | ✔ |
| | Search/Seek | ✔ |
| | Steering Wheel Touch Controls | ✔ |
| | Auxiliary Audio Connection | ✔ |
| | Premium Radio | ✔ |
| | Satellite Radio | ✔ |
| **Wheels** | Aluminum/Alloy Wheels | ✔ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✔ |
| | Passenger Air Bag | ✔ |
| | Anti-lock Brakes (4) | ✔ |
| | 4-wheel Disc Brakes | ✔ |
| | Front Side Impact Air Bags | ✔ |
| | Head/Curtain Air Bags | ✔ |
| | Backup Camera | ✔ |
| | Surround View Camera | ✔ |
| | Parking Sensors | ✔ |
| | Hands Free | ✔ |
| | Alarm | ✔ |
| | Traction Control | ✔ |
| | Stability Control | ✔ |
| | Intelligent Cruise | ✔ |
| | Lane Departure Warning | ✔ |
| | Blind Spot Detection | ✔ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✔ |
| | Heated Mirrors | ✔ |
| | Body Side Moldings | ✔ |
| | Privacy Glass | ✔ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.


Owner: Elio, Paul
Claim: 7005855075-1_I742236

# 🚗 VEHICLE INFORMATION

**VEHICLE EQUIPMENT**

| | | |
|---|---|---|
| | Fog Lamps | ✔ |
| | Luggage/Roof Rack | ✔ |
| | Rear Spoiler | ✔ |
| | Rear Window Wiper | ✔ |
| | Signal Integrated Mirrors | ✔ |
| | Clearcoat Paint | ✔ |
| Other - Trucks | California Emissions | ✔ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document    Page 15 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document    Page 19 of 29

 **MARKET VALUATION REPORT**

# 🚗 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | NORMAL | normal | $ 0 |
| Carpets | NORMAL | normal | $ 0 |
| Dashboard | NORMAL | normal | $ 0 |
| Headliner | NORMAL | normal | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | NORMAL | normal | $ 0 |
| Trim | NORMAL | normal | $ 0 |
| Paint | NORMAL | normal | $ 0 |
| Glass | NORMAL | normal | $ 0 |
| **MECHANICAL** | | | |
| Engine | NORMAL | normal | $ 0 |
| Transmission | NORMAL | normal | $ 0 |
| **TIRES** | | | |
| Front Tires | NORMAL | normal | $ 0 |
| Rear Tires | NORMAL | normal | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

FARMERS INSURANCE COMPANY OF ARIZONA uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Normal condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Advanced Safetytec | ✗ | ✗ | ✔ | ✔ |
| Harman Kardon | ✔ | ✔ | ✔ | ✔ |
| S | ✗ | ✗ | ✔ | ✗ |
| Odometer | 60,000 | 37,411 | 14,609 | 16,043 |
| Automatic Transmission | ✔ | ✔ | ✔ | ✔ |
| Power Steering | ✔ | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ | ✔ |
| Power Driver Seat | ✔ | ✔ | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ | ✔ | ✔ |
| Power Trunk/Liftgate | ✔ | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ | ✔ |
| Console/Storage | ✔ | ✔ | ✔ | ✔ |
| Keyless Entry | ✔ | ✔ | ✔ | ✔ |
| Message Center | ✔ | ✔ | ✔ | ✔ |
| Telescopic Wheel | ✔ | ✔ | ✔ | ✔ |
| Heated Steering Wheel | ✔ | ✔ | ✔ | ✔ |
| Climate Control | ✔ | ✔ | ✔ | ✔ |
| Overhead Console | ✔ | ✔ | ✔ | ✔ |
| Dual Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Memory Package | ✔ | ✔ | ✔ | ✔ |
| Navigation System | ✔ | ✔ | ✔ | ✔ |
| Remote Starter | ✔ | ✔ | ✔ | ✔ |
| Entertainment Center | ✗ | ✗ | ✔ | ✔ |
| Dual Screen Entertainment | ✔ | ✔ | ✗ | ✗ |
| Home Link | ✔ | ✔ | ✔ | ✔ |
| Bucket Seats | ✔ | ✔ | ✔ | ✔ |
| Reclining/Lounge Seats | ✔ | ✔ | ✔ | ✔ |
| Leather Seats | ✔ | ✔ | ✔ | ✔ |
| Heated Seats | ✔ | ✔ | ✔ | ✔ |
| 3rd Row Seat | ✗ | ✔ | ✔ | ✔ |
| Retractable Seats | ✔ | ✔ | ✔ | ✔ |
| Power Third Seat | ✔ | ✗ | ✗ | ✗ |
| Ventilated Seats | ✔ | ✔ | ✔ | ✔ |

**Comp 1**    Updated Date: 03/28/2023
**2020 Chrysler Pacifica Hybrid Limited Fwd 6 3.6l Hybrid Sequential Mpi**
**VIN** 2C4RC1N7XLR235090
**Dealership** Chapman Chrysler Jeep Dodge
**Telephone** (480) 424-3559
**Source** Truecar
**Stock #** 22C028A
**Distance from Phoenix, AZ**
10 Miles - Scottsdale, AZ

**Comp 2**    Updated Date: 03/28/2023
**2020 Chrysler Pacifica Hybrid Limited Fwd 6 3.6l Hybrid Sequential Mpi**
**VIN** 2C4RC1N73LR267735
**Dealership** Bill Luke Chrysler Jeep Dodge Ram
**Telephone** (877) 660-8705
**Source** Autotrader
**Stock #** CW58108F
**Distance from Phoenix, AZ**
3 Miles - Phoenix, AZ

**Comp 3**    Updated Date: 01/10/2023
**2020 Chrysler Pacifica Hybrid Limited Fwd 6 3.6l Hybrid Sequential Mpi**
**VIN** 2C4RC1N71LR235057
**Dealership** Courtesy Chrysler Dodge Jeep Ram Of Superstition Springs
**Telephone** (480) 637-3344
**Source** Autotrader
**Stock #** J232571A
**Distance from Phoenix, AZ**
24 Miles - Mesa, AZ

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| AM Radio | ✔ | ✔ | ✔ | ✔ |
| FM Radio | ✔ | ✔ | ✔ | ✔ |
| Stereo | ✔ | ✔ | ✔ | ✔ |
| Search/Seek | ✔ | ✔ | ✔ | ✔ |
| Steering Wheel Touch Controls | ✔ | ✔ | ✔ | ✔ |
| Auxiliary Audio Connection | ✔ | ✔ | ✔ | ✔ |
| Premium Radio | ✔ | ✔ | ✔ | ✔ |
| Satellite Radio | ✔ | ✔ | ✔ | ✔ |
| Aluminum/Alloy Wheels | ✔ | ✔ | ✔ | ✔ |
| Electric Glass Roof | ✘ | ✘ | ✔ | ✘ |
| Skyview Roof | ✘ | ✘ | ✔ | ✘ |
| Drivers Side Air Bag | ✔ | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ | ✔ | ✔ |
| Head/Curtain Air Bags | ✔ | ✔ | ✔ | ✔ |
| Backup Camera | ✔ | ✔ | ✔ | ✔ |
| Surround View Camera | ✔ | ✘ | ✔ | ✔ |
| Parking Sensors | ✔ | ✔ | ✔ | ✔ |
| Hands Free | ✔ | ✔ | ✔ | ✔ |
| Alarm | ✔ | ✔ | ✔ | ✔ |
| Traction Control | ✔ | ✔ | ✔ | ✔ |
| Stability Control | ✔ | ✔ | ✔ | ✔ |
| Intelligent Cruise | ✔ | ✘ | ✔ | ✔ |
| Lane Departure Warning | ✔ | ✘ | ✔ | ✔ |
| Blind Spot Detection | ✔ | ✔ | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Body Side Moldings | ✔ | ✔ | ✔ | ✔ |
| Privacy Glass | ✔ | ✔ | ✔ | ✔ |
| Fog Lamps | ✔ | ✔ | ✔ | ✔ |
| Luggage/Roof Rack | ✔ | ✔ | ✔ | ✔ |
| Rear Spoiler | ✔ | ✔ | ✔ | ✔ |
| Rear Window Wiper | ✔ | ✔ | ✔ | ✔ |
| Signal Integrated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Clearcoat Paint | ✔ | ✔ | ✔ | ✔ |
| California Emissions | ✔ | ✔ | ✔ | ✔ |
| **List Price** | | $ 37,277 | $ 43,323 | $ 43,500 |

¹The **Condition Adjustment** sets that comparable vehicle to Normal condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document    Page 18 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document    Page 22 of 29

 COMPARABLE VEHICLES

**Adjustments:**

| | | | |
|---|---|---|---|
| Package | - $ 544 | - $ 1,088 | - $ 725 |
| Make/Model/Trim | + $ 550 | + $ 550 | + $ 550 |
| Options | | - $ 1,050 | - $ 400 |
| Mileage | - $ 3,579 | - $ 6,258 | - $ 6,091 |
| Condition[1] | - $ 2,060 | - $ 2,060 | - $ 2,060 |
| **Adjusted Comparable Value** | **$ 31,644** | **$ 33,417** | **$ 34,774** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document    Page 19 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document    Page 23 of 29


# ✏️ VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by FARMERS INSURANCE COMPANY OF ARIZONA, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Arizona Administrative Code R20-6-801. For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly represents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE. MARKET VALUATION REPORT**

## SUPPLEMENTAL INFORMATION

### 🚗 VEHICLE HISTORY INFORMATION

**VINguard®**

VINguard® Message: VINguard has decoded this VIN without any errors

**ISO Vehicle History:**

| | |
|---|---|
| **Number of times reported to ISO:** | 4 |
| **ISO's file number:** | H0345018772 |
| Loss date: | 02/28/2023 |
| Phone: | 8004357764 |
| Claim ref: | 70058550751 |
| Loss date: | 02/18/2023 |
| Phone: | 8004357764 |
| Claim ref: | 70056931961 |
| Loss date: | 02/28/2023 |
| Phone: | 8004357764 |
| Claim ref: | 70057411561 |
| Loss date: | 08/01/2022 |
| Phone: | 8004357764 |
| Claim ref: | 70049339631 |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

Case 2:23-bk-00872-MCW    Doc 20    Filed 05/23/23    Entered 05/23/23 11:39:41    Desc
Main Document    Page 21 of 25

Case 2:23-bk-00872-MCW    Doc 30    Filed 07/14/23    Entered 07/17/23 07:50:51    Desc
Main Document    Page 25 of 29

# SUPPLEMENTAL INFORMATION

 **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | 📋 | Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ✓ | No Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | ✓ | No Rental Record Found |
| Fleet and/or Rental | ✓ | No Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | ✓ | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides FARMERS INSURANCE COMPANY OF ARIZONA information reported by Experian regarding the **2020 Chrysler Pacifica (2C4RC1N79LR288198)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

✓ No Event Found
⊘ Event Found
📋 Information Needed

**TITLE CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**

INFORMATION FOUND

AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Elio, Paul
Claim: 7005855075-1_I742236

# SUPPLEMENTAL INFORMATION

## FULL HISTORY REPORT RUN DATE: 03/28/2023

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 12/01/2020 | PHOENIX, AZ | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 12/11/2020 | PHOENIX, AZ | 18 | Motor Vehicle Dept. | Title (Lien Reported) |
| 10/29/2021 | PHOENIX, AZ | | Motor Vehicle Dept. | Title (Lien Reported) |
| 12/01/2021 | PHOENIX, AZ | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 03/09/2022 | AVONDALE, AZ | 31481 | Dealer Service | Heat or Air Conditioning Serviced |
| 03/09/2022 | AVONDALE, AZ | | Dealer Service | Multiple Point Vehicle Inspection |
| 03/09/2022 | AVONDALE, AZ | | Dealer Service | Recommended Maintenance Performed |
| 08/04/2022 | AVONDALE, AZ | 46518 | Dealer Service | Heat or Air Conditioning Serviced |
| 08/04/2022 | AVONDALE, AZ | | Dealer Service | Multiple Point Vehicle Inspection |
| 12/01/2022 | PHOENIX, AZ | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 01/24/2023 | | | Manufacturer | Manufacturer Recall |
| 02/28/2023 | MESA, AZ | | Police Report | Accident Reported |
| 02/28/2023 | AZ | | Police Report | Vehicle Was Towed |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.


# SUPPLEMENTAL INFORMATION

## 🔄 NHTSA VEHICLE RECALL

**NHTSA Campaign ID :** 20V334000

**Mfg's Report Date :** JUN 08, 2020

**Component :** ELECTRICAL SYSTEM:12V/24V/48V BATTERY:CABLES

**Potential Number Of Units Affected :** 23079

**Summary :** Chrysler (FCA US LLC) is recalling certain 2017-2020 Pacifica Plug-in Hybrid Electric Vehicles ("PHEV"). The 12 volt isolator post located behind the driver's seat may develop high resistance.

**Consequence :** A high resistance electrical connection may result in the connection overheating, increasing the risk of a fire with the vehicle on or off.

**Remedy :** FCA will conduct a voluntary safety recall on affected vehicles to increase the torque and install a waterproof gasket to the 12v isolator post, the post will also be inspected for signs of contamination. In the event the post is compromised, the 12v isolator post and associated cables will be replaced. Until the final remedy is available, customers should bring their vehicles to dealers for an interim inspection of this joint. The recall remedy is currently under development. FCA US LLC will notify owners, and dealers will perform an interim inspection of this joint. If the inspection indicates the joint is compromised, owners will receive a loaner vehicle, until a final remedy is developed. Interim notifications are expected to begin around June 22, 2020. The recall began July 30, 2020. Owners may contact FCA US LLC customer service at 1-800-853-1403. FCA US LLC's number for this recall is W46. Note: Consumers are advised to exercise the following precautions until the vehicle has...

**Manufacturer Recall No. :** W46

The National Highway Traffic Safety Administration has issued 1 safety related recall notices that may apply to the above valued vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.