Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PAUL ELIO, | ) Case No. 2:23-bk-00872-MCW |
| | ) |
| | ) **NOTICE OF TRUSTEE'S SALE** |
| Debtor. | ) |
| | ) **(STOCKS AND INTERESTS LISTED IN** |
| | ) **DEBTOR'S BANKRUPTCY SCHEDULE** |
| | ) **A/B, ITEMS 18 AND 19)** |

NOTICE IS HEREBY GIVEN, pursuant to Section 363 of the United States Bankruptcy Code, Bankruptcy Rule 6004 and Local Bankruptcy Rule 6004-1, that property belonging to the estate of the above-named debtor will be sold to the person making the highest and best offer on **September 29, 2023 at 8:30 a.m. (Phoenix time)**. The sale will be conducted telephonically only. Bidders may participate in the sale by connecting to a conference call at the foregoing date and time. The conference call may be accessed by calling: (310) 372-7549, wait for the prompt, then enter access code 831482 and then press #.

Property to be sold: The Debtor's interest in the stocks and interests listed in Debtor's Bankruptcy Schedule A/B, Items 18 and 19. A relevant excerpt from Debtor's Schedule A/B highlighting the stocks and interest is attached hereto as **Exhibit A** and incorporated herein by this reference.

Terms of Sale: Cashier's check within 3 days of sale, payable to "Jill H. Ford, Trustee." The sale is "AS IS, WHERE IS" without any representations or warranties of any kind or nature. The sale is subject to all liens, claims and interests. The Trustee does not know of any liens at this time. There is not an appraisal of the property. Interested parties are expected to conduct their own due diligence.

All sales are subject to Trustee's final approval. The property to be sold will be conveyed by an Assignment executed by the Trustee.

The Trustee may establish minimum bidding intervals at the sale in the Trustee's discretion. All bidders will be held strictly liable for any bid submitted. Each party that places a bid shall provide their name, e-mail and phone upon placing their initial bid. If a party other than the current buyer is the highest bidder and does not close the sale, the Trustee reserves the right to proceed to the next highest bid received and close with that bidder, which will be reflected in the report of sale to be filed by the Trustee.

To: SM Financial Services Corporation or assignee.

Purchase Price: $2,500.00, or any person making a higher and better offer. The contemplated sale is subject to higher and better bids. The property to be sold will be offered to the person making the highest bid at the sale.

Inquiries: Contact the Trustee's counsel, Patrick T. Derksen, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Telephone: (602) 774-3555. E-mail: pderksen@wdlawpc.com

The prospective buyer is not an insider. All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.

The proceeds from the sale of the property shall be paid directly to the Trustee and retained by the estate. The bankruptcy estate is the only entity known or believed to hold interests in the property to be sold. No compensation will be paid from the sale proceeds. The Trustee is not aware of a formal appraisal of the property to be sold. No motion for stay relief has been filed with respect to the property to be sold.

Any person opposing the sale shall file a written objection with the Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Suite 101, Phoenix, AZ 85003 and mailed to the Trustee's counsel, Patrick T. Derksen, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Any such objection must be filed and served within 21 days of the date of this Notice. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

Dated: September 6, 2023. **WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen        #023178
   Patrick T. Derksen
   Attorneys for the Trustee, Jill H. Ford

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER.**

Copy of the foregoing *e-mailed/mailed
this 6th day of September, 2023, to:

*Larry Watson
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*Jill H. Ford
P.O. Box 5845
Carefree, Arizona 85377
Chapter 7 Trustee
jford@trustee.phxcoxmail.com

Paul Elio
102 West El Caminito Drive
Phoenix, AZ 85021
Debtor

*Allan NewDelman
Allan D. NewDelman PC
80 E. Columbus Ave.
Phoenix, AZ 85012
anewdelman@adnlaw.net
Attorneys for Debtor

*Lawrence D. Hirsch
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
lhirsch@psazlaw.com
Attorneys for Franks Cool Houser & McVey PC

*Steve Mitnick
SM Financial Services Corporation
smitnick@sm-lawpc.com

*John Marshall
JMarshall@JMPartnersLLC.com

*William Reeser
breeser55@aol.com


 /s/ Gabrielle Leckbee

# Exhibit A

| | | | | |
|---|---|---|---|---|
| 17.1. | **CHECKING ENDING 5978** | **BMO HARRIS BANK** | | **$3,376.23** |
| 17.2. | **CHECKING ENDING 7097** | **ARIZONA BANK** | | **$150.00** |
| 17.3. | **BROKERAGE ACCT ENDING 6477** | **NORTHAND BROTHERS - HOLDS SARES OF ELIO MOTORS, INC. SEE BELOW LISTING FOR STOCKS PUBLICLY TRADED** | | **Unknown** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................

    Institution or issuer name:

    **5,245,000 SHARES OF ELIO MOTORS INC - AVERAGE DAILY VOLUME FOR SALE OVER THAT 30 DAYS IS 70 SHARES. AT CURRENT STOCK PRICE THAT TRANSLATES OF $.84 PER DAY. VALUE OF DEBTOR'S SHARES IS "UNKNOWN" AS FLOODING THE MARKET WITH SAID SARES IS IMPRACTICAL IF NOT IMPROPER.**     **Unknown**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **ELIO ENGINEERING, INC. dba ESG ENGINEERING - HOLDS 12,700,000 SHARES OF ELIO MOTORS, INC.** | **51%** | % | **Unknown** |
| **EST-ACCURIDE, LLC - NEVER OPERATED - NO VALUE** | **UNKNOWN** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
            Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B            Schedule A/B: Property            page 4