Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: jford@trustee.phxcoxmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| ELIO, PAUL | Case No. 2:23-bk-00872-MCW |
| Debtor(s) | REPORT OF TRUSTEE'S SALE |

JILL H. FORD, Trustee, makes report of sale of certain assets of the debtor at Trustee's Sale held telephonically on September 29, 2023 at 8:30 a.m. (Phoenix time).

PURCHASER: WILLIAM REESER

DESCRIPTION OF ASSETS SOLD: The Debtor's interest in the stocks and interests listed in Debtor's Bankruptcy Schedule A/B, Items 18 and 19.

PRICE: $ 2,750.00

The Trustee reports that she has received payment of the purchase price.

| | |
|---|---|
| October 3, 2023 | /s/ Jill H. Ford |
| Date | JILL H. FORD, Trustee |