Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: jford@trustee.phxcoxmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ELIO, PAUL | Case No. 2:23-bk-00872-MCW |
| Debtor | NOTICE OF TRUSTEE'S SALE (Patents or patent applications) |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named

debtor will be sold to the person making the highest and best offer on

January 26, 2024 at 8:30 AM (Phoenix Time). This sale will be conducted

telephonically only. Bidders may participate in sale by connecting to a conference call

(310) 372-7549, wait for prompt, then access code 831482 and then press #.

Property to be sold: The Estate's interest, if any, in the following patents or patent applications:

1. PAT #20120146360 application 12/19/2011
2. PAT #8079635
3. PAT #20100295335 application 3/25/2010
4. PAT #20090230750 application 3/13/2009
5. PAT #20080232734 application 3/20/2008
   Publication #20080231102
   Publication #20080156960
   Publication #2007018228
6. PAT # 6736457
7. PAT # 6719372
8. PAT # 651587
9. PAT # 6527342
10. PAT # 6375263
11. PAT # 6330994
12. PAT # 6312052

Terms of Sale: Cashier's check within 5 business days of sale payable to "Jill H. Ford, Trustee." The sale is "AS IS, WHERE IS" without any representations or warranties of any kind or nature.

The sale is subject to all liens, claims and interests that third parties may hold, including possible co-ownership or co-applicant rights. The Trustee has not independently verified the Estate's rights in this property, or the rights of any other interest holders, and bidders are expected to conduct their own due diligence.

All sales are subject to Trustee's final approval. The property to be sold will be conveyed by an Assignment executed by the Trustee.

The Trustee may establish minimum bidding intervals at the sale in the Trustee's discretion. All bidders will be held strictly liable for any bid submitted. Each party that places a bid shall provide their name, e-mail and phone upon placing their initial bid. If a party other than the current buyer is the highest bidder and does not close the sale, the Trustee reserves the right to proceed to the next highest bid received and close with that bidder, which will be reflected in the report of sale to be filed by the Trustee.

Buyer is responsible for providing any transfer or assignment documents which are subject to Trustee's approval and buyer will be responsible for their own filing or recording of transfers, and paying any transfer fees.

Prospective Buyer: William Reeser

Purchase price: $2,000.00 or any person making a higher and better offer. The contemplated sale is subject to higher and better bids. The property to be sold will be offered to the person making the highest bid at the sale.

The prospective buyer is not an insider. All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.

The proceeds from the sale of the property shall be paid directly to the Trustee and retained by the estate. The bankruptcy estate is the only entity known or believed to hold interests in the property to be sold. No compensation will be paid from the sale proceeds.

The Trustee is not aware of a formal appraisal of the property to be sold. No motion for stay relief has been filed with respect to the property to be sold.

Any person opposing the sale shall file a written objection on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 N. 1st Avenue, Suite 101, Phoenix, AZ and mailed to the trustee JILL H. FORD at the following address: P.O. Box 5845, CAREFREE AZ 85377.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing on the objection.

| January 5, 2024 | Jill H. Ford |
|---|---|
| Date | JILL H. FORD, Trustee |