**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**Phoenix DIVISION**

In re: PAUL ELIO § Case No. 2:23-bk-00872-MCW
PAUL ALBERT ELIO §
§
§

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/14/2023. The undersigned trustee was appointed on 02/14/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                         $          48,790.48

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 60.00 |
| Bank service fees | 1,610.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 9,398.77 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 37,721.04 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/01/2023 and the deadline for filing governmental claims was 08/13/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,689.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,689.17, for a total compensation of $4,689.17[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $155.10 for total expenses of $155.10[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2025            By: /s/ Jill H. Ford
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 2:23-bk-00872-MCW

**Case Name:** PAUL ELIO

**For Period Ending:** 12/18/2025

**Trustee Name:** (240340) Jill H. Ford

**Date Filed (f) or Converted (c):** 02/14/2023 (f)

**§ 341(a) Meeting Date:** 03/21/2023

**Claims Bar Date:** 11/01/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSE: 102 W. EL CAMINITO DRIVE, PHOENIX | 941,000.00 | 0.00 | | 0.00 | FA |
| 2* | 2020 CHRYSLER PACIFICA (See Footnote) | 39,000.00 | 24,000.00 | | 33,157.77 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | COMPUTER | 300.00 | 0.00 | | 0.00 | FA |
| 5 | SPORTS AND HOBBY EQUIPMENT | 445.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | APPLE WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 8 | PET | 100.00 | 0.00 | | 0.00 | FA |
| 9 | CHECKING ACCOUNT AT BMO HARRIS BANK (5978) | 3,376.23 | 0.00 | | 0.00 | FA |
| 10* | CHECKING ACCOUNT AT ARIZONA BANK (See Footnote) | 150.00 | 0.00 | | 0.00 | FA |
| 11* | NORTHAND BROTHERS BROKERAGE ACCT (6477) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 12* | 5,245,000 SHARES OF ELIO MOTORS INC (See Footnote) | Unknown | 0.00 | | 2,750.00 | FA |
| 13* | ELIO ENGINEERING, INC. dba ESG ENGINEERING - 51% (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 14* | EST-ACCURIDE, LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15* | PAUL ELIO REVOCABLE TRUST (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | INHERITANCE FROM MOTHER'S ESTATE | Unknown | 18,000.00 | | 4,564.71 | FA |
| 17* | 2022 FEDERAL TAX REFUND (u) (See Footnote) | Unknown | 3,824.00 | | 2,324.00 | FA |
| 18* | 2022 STATE TAX REFUND (u) (See Footnote) | Unknown | 1,094.00 | | 994.00 | FA |
| 19* | PATENTS AND APPLICATIONS (u) (See Footnote) | Unknown | 2,000.00 | | 2,000.00 | FA |
| 20 | 2023 FEDERAL TAX REFUND (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | 2023 STATE TAX REFUND (u) | Unknown | 0.00 | | 0.00 | FA |
| 22* | PREFERENCE-WELLS FARGO (u) (See Footnote) | Unknown | 9,600.00 | | 3,000.00 | FA |
| 22 | Assets Totals (Excluding unknown values) | $994,921.23 | $58,518.00 | | $44,790.48 | $0.00 |

Case 2:23-bk-00872-MCW   Doc 461   Filed 12/22/25   Entered 12/22/25 15:20:46   Desc
Page 3 of 10

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 2:23-bk-00872-MCW

**Case Name:** PAUL ELIO

**For Period Ending:** 12/18/2025

**Trustee Name:** (240340) Jill H. Ford

**Date Filed (f) or Converted (c):** 02/14/2023 (f)

**§ 341(a) Meeting Date:** 03/21/2023

**Claims Bar Date:** 11/01/2023

| | |
|---|---|
| RE PROP# 2 | TOTALLED. 2 STIPULATIONS ENTERED. |
| RE PROP# 10 | closed |
| RE PROP# 11 | HOLDS ELIO MOTORS STOCKS |
| RE PROP# 12 | in asset 11. few sold in feb for 1.2 cents. PER SHARE. SOLD AT AUCTION WITH ASSET 13 & 14. |
| RE PROP# 13 | SOLD WITH ASSET 12 |
| RE PROP# 14 | SOLD WITH ASSET 12. |
| RE PROP# 15 | asset 1 only in the trust |
| RE PROP# 17 | if credit 2324 |
| RE PROP# 18 | if credit, 994 |
| RE PROP# 19 | SOLD TO REESER AT AUCTION |
| RE PROP# 22 | STIPULATION ENTERED |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/01/2024     **Current Projected Date Of Final Report (TFR):** 07/08/2025

**UST Form 101-7-TFR (5/1/2011)**

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 2:23-bk-00872-MCW | Trustee Name: | Jill H. Ford (240340) | |
| Case Name: | PAUL ELIO | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***2076 | Account #: | ******9407 Checking Account | |
| For Period Ending: | 12/18/2025 | Blanket Bond (per case limit): | $21,616,397.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/23 | {2} | FARMERS INSURANCE | PAYMENT FROM INSURED ACCIDENT | 1129-000 | 33,157.77 | | 33,157.77 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 53.14 | 33,104.63 |
| 09/13/23 | {16} | ESTATE OF JACQULYN ELIO | INHERITANCE | 1129-000 | 2,214.62 | | 35,319.25 |
| 09/13/23 | {16} | ESTATE OF JACQULYN ELIO | INHERITANCE | 1129-000 | 750.09 | | 36,069.34 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 53.82 | 36,015.52 |
| 10/02/23 | 101 | BANKRUPTCY SALES CO | COST TO LIST AT TRUSTEE AUCTION | 2500-000 | | 30.00 | 35,985.52 |
| 10/03/23 | {12} | WILLIAM REESER | PURCHASE OF STOCK | 1129-000 | 1,000.00 | | 36,985.52 |
| 10/03/23 | {12} | WILLIAM REESER | PURCHASE OF STOCK | 1129-000 | 1,000.00 | | 37,985.52 |
| 10/03/23 | {12} | WILLIAM REESER | PURCHASE OF STOCK | 1129-000 | 750.00 | | 38,735.52 |
| 10/05/23 | 102 | PAUL ELIO | PAYMENT PER STIP | 8500-002 | | 9,398.77 | 29,336.75 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 56.46 | 29,280.29 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 46.92 | 29,233.37 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 45.28 | 29,188.09 |
| 01/29/24 | 103 | BANKRUPTCY SALES CO | COST TO SELL | 2500-000 | | 30.00 | 29,158.09 |
| 01/30/24 | {19} | WILLIAM REESER | PURCHASE PATENTS | 1229-000 | 1,000.00 | | 30,158.09 |
| 01/30/24 | {19} | WILLIAM REESER | PURCHASE OF PATENTS | 1229-000 | 1,000.00 | | 31,158.09 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 51.33 | 31,106.76 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 48.08 | 31,058.68 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 47.98 | 31,010.70 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 52.87 | 30,957.83 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 51.12 | 30,906.71 |
| 06/20/24 | | PAUL ELIO | 2022 TAX REFUNDS | | 4,918.00 | | 35,824.71 |
| | {17} | | $2,324.00 | 1224-000 | | | |
| | {18} | | $994.00 | 1224-000 | | | |
| | {16} | | INHERITANCE $1,600.00 | 1129-000 | | | |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 48.20 | 35,776.51 |
| 07/02/24 | {22} | WELLS FARGO BANK | RETURN PREFERENCE | 1241-000 | 3,000.00 | | 38,776.51 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 67.53 | 38,708.98 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 61.86 | 38,647.12 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 59.71 | 38,587.41 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 67.84 | 38,519.57 |

Page Subtotals: $48,790.48 $10,270.91

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Cash Receipts And Disbursements Record

| Case No.: | 2:23-bk-00872-MCW | Trustee Name: | Jill H. Ford (240340) |
| Case Name: | PAUL ELIO | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2076 | Account #: | ******9407 Checking Account |
| For Period Ending: | 12/18/2025 | Blanket Bond (per case limit): | $21,616,397.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 57.46 | 38,462.11 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 67.62 | 38,394.49 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.58 | 38,330.91 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 57.33 | 38,273.58 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.29 | 38,214.29 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 65.33 | 38,148.96 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 61.14 | 38,087.82 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.00 | 38,028.82 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 67.04 | 37,961.78 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 58.81 | 37,902.97 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 64.79 | 37,838.18 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.66 | 37,775.52 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.48 | 37,721.04 |

| | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 48,790.48 | 11,069.44 | $37,721.04 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 48,790.48 | 11,069.44 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $48,790.48 | $11,069.44 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 2:23-bk-00872-MCW

**Case Name:** PAUL ELIO

**Taxpayer ID #:** \*\*-\*\*\*2076

**For Period Ending:** 12/18/2025

**Trustee Name:** Jill H. Ford (240340)

**Bank Name:** TriState Capital Bank

**Account #:** \*\*\*\*\*\*9407 Checking Account

**Blanket Bond (per case limit):** $21,616,397.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| \*\*\*\*\*\*9407 Checking Account | $48,790.48 | $11,069.44 | $37,721.04 |
| | **$48,790.48** | **$11,069.44** | **$37,721.04** |

UST Form 101-7-TFR (5/1/2011)

Case No.: 2:23-bk-00872-MCW
Case Name: PAUL ELIO
Trustee Name: Jill H. Ford

**Balance on hand:**  $                37,721.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Arizona Bank & Trust, a division of HTLF Bank | 318,980.94 | 0.00 | 0.00 | 0.00 |
| 2 | Franks Cool Houser & McVey, P.C. | 1,037,922.93 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $       0.00
Remaining balance:  $   37,721.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jill H. Ford | 4,689.17 | 0.00 | 4,689.17 |
| Trustee, Expenses - Jill H. Ford | 155.10 | 0.00 | 155.10 |
| Attorney for Trustee Fees (Other Firm) - WITTHOFT DERKSEN | 7,787.00 | 0.00 | 7,787.00 |
| Attorney for Trustee Fees (Other Firm) - STEVE BROWN & ASSOCIATES | 7,026.52 | 0.00 | 7,026.52 |
| Attorney for Trustee Expenses (Other Firm) - WITTHOFT DERKSEN | 163.00 | 0.00 | 163.00 |
| Attorney for Trustee Expenses (Other Firm) - STEVE BROWN & ASSOCIATES | 23.48 | 0.00 | 23.48 |

Total to be paid for chapter 7 administrative expenses:  $   19,844.27
Remaining balance:  $   17,876.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $   17,876.77

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 17,876.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,775,669.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | STUART JAY LICHTER | 2,769,444.17 | 0.00 | 17,836.68 |
| 4 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 6,225.29 | 0.00 | 40.09 |

Total to be paid for timely general unsecured claims: $ 17,876.77
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**