CASE NAME: <u>ELIO, PAUL</u>                    CASE NO: 2:23-bk-00872-MCW

## <u>AMENDED TRUSTEE'S PROPOSED DISTRIBUTION</u>

ADMINISTRATIVE EXPENSES:

| Applicant | | | Total Allowed | Amount To Be Paid |
|---|---|---|---|---|
| | | | | |
| Jill H. Ford, Trustee Expenses | | | $155.10 | $155.10 |
| STEVE BROWN & ASSOCIATES, Attorney for Trustee Expenses (Other Firm) | | | $23.48 | $23.48 |
| STEVE BROWN & ASSOCIATES, Attorney for Trustee Fees (Other Firm) | | | $7,026.52 | $7,026.52 |
| WITTHOFT DERKSEN, Attorney for Trustee Expenses (Other Firm) | | | $163.00 | $163.00 |
| WITTHOFT DERKSEN, Attorney for Trustee Fees (Other Firm) | | | $7,787.00 | $7,787.00 |
| Jill H. Ford, Trustee Compensation | | | $4,689.17 | $4,689.17 |
| TOTAL | | | | $19,844.27 |

<u>CLAIMS:</u>

| Type of Claim | Claim No. | Claim Name | Amount of Claim Allowed | Amount to be Paid |
|---|---|---|---|---|
| FILED | 2 | Franks Cool Houser & McVey, P.C. | 1,037,922.93 | 4,865.42 |
| FILED | 3 | STUART JAY LICHTER | 2,769,444.17 | 12,982.17 |
| FILED | 4 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 6,225.29 | 29.18 |
| Surplus funds being returned to the debtor (if any) | | | | $0.00 |

TRUSTEE'S PROPOSED DISTRIBUTION - 1

| Type of Claim | Claim No. | Claim Name | Amount of Claim Allowed | Amount to be Paid |
|---|---|---|---|---|
| | | ONLY those Claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution. | TOTAL | $17,876.77 |
| | | | TOTAL ALL CLAIMS | $37,721.04 |

DECEMBER 30, 2025  
DATE

Jill H. Ford, TRUSTEE

## REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expenses does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY  
United States Trustee  
District of Arizona

Date: 12/30/2025

By: /s/ Carol M. Popovich

TRUSTEE'S PROPOSED DISTRIBUTION - 2

Elio, Paul   2:23-bk-00872-MCW