**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**Phoenix DIVISION**

In re: PAUL ELIO             §     Case No. 2:23-bk-00872-MCW
      PAUL ALBERT ELIO          §
                                    §
                                    §
            Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
## ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jill H. Ford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $955,921.23 | Assets Exempt: $437,800.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $17,876.77 | Claims Discharged Without Payment: $4,018,224.62 |
| Total Expenses of Administration: $21,514.94 | |

3) Total gross receipts of $48,790.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $9,398.77 (see **Exhibit 2**), yielded net receipts of $39,391.71 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $699,000.00 | $318,980.94 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $21,514.94 | $21,514.94 | $21,514.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,693,038.00 | $3,813,592.39 | $3,813,592.39 | $17,876.77 |
| **TOTAL DISBURSEMENTS** | $4,392,038.00 | $4,154,088.27 | $3,835,107.33 | $39,391.71 |

4) This case was originally filed under chapter 7 on 02/14/2023. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2026     By: /s/ Jill H. Ford

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2020 CHRYSLER PACIFICA | 1129-000 | $33,157.77 |
| 5,245,000 SHARES OF ELIO MOTORS INC | 1129-000 | $2,750.00 |
| INHERITANCE FROM MOTHER'S ESTATE | 1129-000 | $4,564.71 |
| 2022 FEDERAL TAX REFUND | 1224-000 | $2,324.00 |
| 2022 STATE TAX REFUND | 1224-000 | $994.00 |
| PATENTS AND APPLICATIONS | 1229-000 | $2,000.00 |
| PREFERENCE-WELLS FARGO | 1241-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$48,790.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PAUL ELIO | PAYMENT PER STIP | 8500-002 | $9,398.77 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$9,398.77** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Arizona Bank & Trust, a division of HTLF Bank | 4110-000 | $0.00 | $318,980.94 | $0.00 | $0.00 |
| N/F | ARIZONA BANK & TRUST | 4110-000 | $329,000.00 | NA | NA | NA |
| N/F | SELECT PORTFOLIO SERVICING | 4110-000 | $370,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$699,000.00** | **$318,980.94** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill H. Ford | 2100-000 | NA | $4,689.17 | $4,689.17 | $4,689.17 |
| Trustee, Expenses - Jill H. Ford | 2200-000 | NA | $155.10 | $155.10 | $155.10 |
| Costs re Sale of Property (closing costs, etc.) - BANKRUPTCY SALES | 2500-000 | NA | $60.00 | $60.00 | $60.00 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $1,610.67 | $1,610.67 | $1,610.67 |
| Attorney for Trustee Fees (Other Firm) - STEVE BROWN & ASSOCIATES | 3210-000 | NA | $7,026.52 | $7,026.52 | $7,026.52 |
| Attorney for Trustee Fees (Other Firm) - WITTHOFT DERKSEN | 3210-000 | NA | $7,787.00 | $7,787.00 | $7,787.00 |
| Attorney for Trustee Expenses (Other Firm) - STEVE BROWN & ASSOCIATES | 3220-000 | NA | $23.48 | $23.48 | $23.48 |
| Attorney for Trustee Expenses (Other Firm) - WITTHOFT DERKSEN | 3220-000 | NA | $163.00 | $163.00 | $163.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$21,514.94** | **$21,514.94** | **$21,514.94** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | COURTNEY FLANAGAN | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Franks Cool Houser & McVey, P.C. | 7100-000 | $900,000.00 | $1,037,922.93 | $1,037,922.93 | $4,865.42 |
| 3 | STUART JAY LICHTER | 7100-000 | $2,570,529.00 | $2,769,444.17 | $2,769,444.17 | $12,982.17 |
| 4 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 7100-000 | $0.00 | $6,225.29 | $6,225.29 | $29.18 |
| N/F | PERKINS COIE | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | SCHROEDER PLUMBING | 7100-000 | $3,200.00 | NA | NA | NA |
| N/F | WEST RIDEGE ACADEMY | 7100-000 | $19,309.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,693,038.00** | **$3,813,592.39** | **$3,813,592.39** | **$17,876.77** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 2:23-bk-00872-MCW

**Case Name:** PAUL ELIO

**For Period Ending:** 02/16/2026

**Trustee Name:** (240340) Jill H. Ford

**Date Filed (f) or Converted (c):** 02/14/2023 (f)

**§ 341(a) Meeting Date:** 03/21/2023

**Claims Bar Date:** 11/01/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSE: 102 W. EL CAMINITO DRIVE, PHOENIX | 941,000.00 | 0.00 | | 0.00 | FA |
| 2* | 2020 CHRYSLER PACIFICA (See Footnote) | 39,000.00 | 24,000.00 | | 33,157.77 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | COMPUTER | 300.00 | 0.00 | | 0.00 | FA |
| 5 | SPORTS AND HOBBY EQUIPMENT | 445.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | APPLE WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 8 | PET | 100.00 | 0.00 | | 0.00 | FA |
| 9 | CHECKING ACCOUNT AT BMO HARRIS BANK (5978) | 3,376.23 | 0.00 | | 0.00 | FA |
| 10* | CHECKING ACCOUNT AT ARIZONA BANK (See Footnote) | 150.00 | 0.00 | | 0.00 | FA |
| 11* | NORTHAND BROTHERS BROKERAGE ACCT (6477) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 12* | 5,245,000 SHARES OF ELIO MOTORS INC (See Footnote) | Unknown | 0.00 | | 2,750.00 | FA |
| 13* | ELIO ENGINEERING, INC. dba ESG ENGINEERING - 51% (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 14* | EST-ACCURIDE, LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15* | PAUL ELIO REVOCABLE TRUST (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | INHERITANCE FROM MOTHER'S ESTATE | Unknown | 18,000.00 | | 4,564.71 | FA |
| 17* | 2022 FEDERAL TAX REFUND (u) (See Footnote) | Unknown | 3,824.00 | | 2,324.00 | FA |
| 18* | 2022 STATE TAX REFUND (u) (See Footnote) | Unknown | 1,094.00 | | 994.00 | FA |
| 19* | PATENTS AND APPLICATIONS (u) (See Footnote) | Unknown | 2,000.00 | | 2,000.00 | FA |
| 20 | 2023 FEDERAL TAX REFUND (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | 2023 STATE TAX REFUND (u) | Unknown | 0.00 | | 0.00 | FA |
| 22* | PREFERENCE-WELLS FARGO (u) (See Footnote) | Unknown | 9,600.00 | | 3,000.00 | FA |
| 22 | Assets Totals (Excluding unknown values) | $994,701.23 | $58,518.00 | | $48,590.48 | Desc $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 2:23-bk-00872-MCW

**Case Name:** PAUL ELIO

**For Period Ending:** 02/16/2026

**Trustee Name:** (240340) Jill H. Ford

**Date Filed (f) or Converted (c):** 02/14/2023 (f)

**§ 341(a) Meeting Date:** 03/21/2023

**Claims Bar Date:** 11/01/2023

| | |
|---|---|
| RE PROP# 2 | TOTALLED. 2 STIPULATIONS ENTERED. |
| RE PROP# 10 | closed |
| RE PROP# 11 | HOLDS ELIO MOTORS STOCKS |
| RE PROP# 12 | in asset 11. few sold in feb for 1.2 cents. PER SHARE. SOLD AT AUCTION WITH ASSET 13 & 14. |
| RE PROP# 13 | SOLD WITH ASSET 12 |
| RE PROP# 14 | SOLD WITH ASSET 12. |
| RE PROP# 15 | asset 1 only in the trust |
| RE PROP# 17 | if credit 2324 |
| RE PROP# 18 | if credit, 994 |
| RE PROP# 19 | SOLD TO REESER AT AUCTION |
| RE PROP# 22 | STIPULATION ENTERED |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/01/2024

**Current Projected Date Of Final Report (TFR):** 12/18/2025 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 2:23-bk-00872-MCW | |
| **Case Name:** | PAUL ELIO | |
| **Taxpayer ID #:** | **-***2076 | |
| **For Period Ending:** | 02/16/2026 | |

| | |
|---|---|
| **Trustee Name:** | Jill H. Ford (240340) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******9407 Checking Account |
| **Blanket Bond (per case limit):** | $26,679,030.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/23 | {2} | FARMERS INSURANCE | PAYMENT FROM INSURED ACCIDENT | 1129-000 | 33,157.77 | | 33,157.77 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 53.14 | 33,104.63 |
| 09/13/23 | {16} | ESTATE OF JACQULYN ELIO | INHERITANCE | 1129-000 | 2,214.62 | | 35,319.25 |
| 09/13/23 | {16} | ESTATE OF JACQULYN ELIO | INHERITANCE | 1129-000 | 750.09 | | 36,069.34 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 53.82 | 36,015.52 |
| 10/02/23 | 101 | BANKRUPTCY SALES CO | COST TO LIST AT TRUSTEE AUCTION | 2500-000 | | 30.00 | 35,985.52 |
| 10/03/23 | {12} | WILLIAM REESER | PURCHASE OF STOCK | 1129-000 | 1,000.00 | | 36,985.52 |
| 10/03/23 | {12} | WILLIAM REESER | PURCHASE OF STOCK | 1129-000 | 1,000.00 | | 37,985.52 |
| 10/03/23 | {12} | WILLIAM REESER | PURCHASE OF STOCK | 1129-000 | 750.00 | | 38,735.52 |
| 10/05/23 | 102 | PAUL ELIO | PAYMENT PER STIP | 8500-002 | | 9,398.77 | 29,336.75 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 56.46 | 29,280.29 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 46.92 | 29,233.37 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 45.28 | 29,188.09 |
| 01/29/24 | 103 | BANKRUPTCY SALES CO | COST TO SELL | 2500-000 | | 30.00 | 29,158.09 |
| 01/30/24 | {19} | WILLIAM REESER | PURCHASE PATENTS | 1229-000 | 1,000.00 | | 30,158.09 |
| 01/30/24 | {19} | WILLIAM REESER | PURCHASE OF PATENTS | 1229-000 | 1,000.00 | | 31,158.09 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 51.33 | 31,106.76 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 48.08 | 31,058.68 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 47.98 | 31,010.70 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 52.87 | 30,957.83 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 51.12 | 30,906.71 |
| 06/20/24 | | PAUL ELIO | 2022 TAX REFUNDS | | 4,918.00 | | 35,824.71 |
| | {17} | | $2,324.00 | 1224-000 | | | |
| | {18} | | $994.00 | 1224-000 | | | |
| | {16} | | INHERITANCE $1,600.00 | 1129-000 | | | |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 48.20 | 35,776.51 |
| 07/02/24 | {22} | WELLS FARGO BANK | RETURN PREFERENCE | 1241-000 | 3,000.00 | | 38,776.51 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 67.53 | 38,708.98 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 61.86 | 38,647.12 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 59.71 | 38,587.41 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 67.84 | 38,519.57 |

**Page Subtotals:** $48,790.48 $10,270.91

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

| Case No.: | 2:23-bk-00872-MCW | Trustee Name: | Jill H. Ford (240340) |
|---|---|---|---|
| Case Name: | PAUL ELIO | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2076 | Account #: | ******9407 Checking Account |
| For Period Ending: | 02/16/2026 | Blanket Bond (per case limit): | $26,679,030.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 57.46 | 38,462.11 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 67.62 | 38,394.49 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.58 | 38,330.91 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 57.33 | 38,273.58 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.29 | 38,214.29 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 65.33 | 38,148.96 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 61.14 | 38,087.82 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.00 | 38,028.82 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 67.04 | 37,961.78 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 58.81 | 37,902.97 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 64.79 | 37,838.18 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.66 | 37,775.52 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.48 | 37,721.04 |
| 02/02/26 | 104 | Jill H. Ford | Distribution payment - Dividend paid at 100.00% of $4,689.17; Claim # FEE; Filed: $4,689.17 | 2100-000 | | 4,689.17 | 33,031.87 |
| 02/02/26 | 105 | Jill H. Ford | Distribution payment - Dividend paid at 100.00% of $155.10; Claim # TE; Filed: $155.10 | 2200-000 | | 155.10 | 32,876.77 |
| 02/02/26 | 106 | WITTHOFT DERKSEN | Distribution payment - Dividend paid at 100.00% of $7,787.00; Claim # ; Filed: $7,787.00 | 3210-000 | | 7,787.00 | 25,089.77 |
| 02/02/26 | 107 | WITTHOFT DERKSEN | Distribution payment - Dividend paid at 100.00% of $163.00; Claim # ; Filed: $163.00 | 3220-000 | | 163.00 | 24,926.77 |
| 02/02/26 | 108 | STEVE BROWN & ASSOCIATES | Distribution payment - Dividend paid at 100.00% of $7,026.52; Claim # ; Filed: $7,026.52 | 3210-000 | | 7,026.52 | 17,900.25 |
| 02/02/26 | 109 | STEVE BROWN & ASSOCIATES | Distribution payment - Dividend paid at 100.00% of $23.48; Claim # ; Filed: $23.48 | 3220-000 | | 23.48 | 17,876.77 |
| 02/02/26 | 110 | Franks Cool Houser & McVey, P.C. | Distribution payment - Dividend paid at 0.47% of $1,037,922.93; Claim # 2; Filed: $1,037,922.93 | 7100-000 | | 4,865.42 | 13,011.35 |
| 02/02/26 | 111 | STUART JAY LICHTER | Distribution payment - Dividend paid at 0.47% of $2,769,444.17; Claim # 3; Filed: $2,769,444.17 | 7100-000 | | 12,982.17 | 29.18 |
| 02/02/26 | 112 | Wells Fargo Bank, N.A., Wells Fargo Card Services | Distribution payment - Dividend paid at 0.47% of $6,225.29; Claim # 4; Filed: $6,225.29 | 7100-000 | | 29.18 | 0.00 |

Page Subtotals: $0.00 $38,519.57

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)

! - transaction has not been cleared

# Cash Receipts And Disbursements Record

| Case No.: | 2:23-bk-00872-MCW | | Trustee Name: | Jill H. Ford (240340) |
|---|---|---|---|---|
| Case Name: | PAUL ELIO | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2076 | | Account #: | ******9407 Checking Account |
| For Period Ending: | 02/16/2026 | | Blanket Bond (per case limit): | $26,679,030.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 48,790.48 | 48,790.48 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 48,790.48 | 48,790.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $48,790.48 | $48,790.48 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 2:23-bk-00872-MCW

**Case Name:** PAUL ELIO

**Taxpayer ID #:** **-***2076

**For Period Ending:** 02/16/2026

**Trustee Name:** Jill H. Ford (240340)

**Bank Name:** TriState Capital Bank

**Account #:** ******9407 Checking Account

**Blanket Bond (per case limit):** $26,679,030.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $48,790.48 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $9,398.77 |
| Net Estate: | $39,391.71 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9407 Checking Account | $48,790.48 | $48,790.48 | $0.00 |
| | **$48,790.48** | **$48,790.48** | **$0.00** |